**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Ernest LUCKIE, Defendant–Appellant.**

No. 05–16227
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 9, 2006.

E. Bryan Wilson, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

E. Brian Lang, E. Brian Lang and Assoc., Pensacola, FL, for Defendant–Appellant.

Before TJOFLAT, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

E. Brian Lang, appointed counsel for James Ernest Luckie, has moved to withdraw from further representation of Luckie, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Luckie's convictions and sentences are **AFFIRMED.**